478

875 P.2d 137

**Arthur J. MARTORI, Petitioner,**

v.

**ARIZONA STATE LAND DEPARTMENT; M.J. Hassell, Arizona State Land Commissioner; and Core North, Inc., an Arizona corporation, Respondents.**

**No. CV–93–0315–PR.**

Supreme Court of Arizona.

May 17, 1994.

Meyer, Hendricks, Victor, Osborn & Maledon, P.A. by Paul J. Meyer, Andrew D. Hurwitz and Mark Andrew Fuller, Phoenix, for petitioner.

Grant Woods, Atty. Gen. by Michael J. Phalen, Patricia J. Boland, Asst. Attys. Gen., Phoenix, for respondents Arizona State Land Dept. and M.J. Hassell, Arizona State Land Com'r.

Fennemore Craig, P.C. by Donald R. Gilbert, Timothy Berg, Robert B. Rice, William T. Eggleston, Jr., and by Scot Butler III, Phoenix, for respondent Core North, Inc.

Paul G. Ulrich, Ulrich, Thompson & Kessler, P.C.

### ORDER

Having granted the petition for review in this case, the court heard oral argument on April 7, 1994. On April 26, 1994, the court was presented with a stipulation advising us that the parties had settled and calling for the dismissal of the petition for review. Because a majority of the court entertained substantial reservations about the resolution of the issues by the court of appeals, IT IS ORDERED vacating the opinion of the court of appeals, 176 Ariz. 420, 861 P.2d 1182, in this case under Rule 23(i)(1), Ariz.R.Civ. App.P.

IT IS FURTHER ORDERED dismissing this petition for review.

/s/  Stanley G. Feldman
Stanley G. Feldman
Chief Justice